**CGFD28** (9/19/08)

**ORDERED in the Southern District of Florida on June 6, 2011**

**Laurel M Isicoff**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 11−15197−LMI**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ramon M. Adler
aka Ramon Adler, aka Ramon Manuel Adler
704 84 St. #1
Miami Beach, FL 33141

SSN: xxx−xx−8890

Amparo Castano
704 84 St. #1
Miami Beach, FL 33141

SSN: xxx−xx−5653

## FINAL DECREE

The trustee, Marcia T Dunn, having filed a final report that the estate has been fully administered, is discharged and the case is closed.